**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Elaine Warren, | Case No. 25-cv-1081 (PJS/DLM) |
| Petitioner, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| L.S. Davis, | |
| Respondent. | |

---

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Doc. 7) is **ADOPTED**;

2. Petitioner Elaine Warren's Petition for a Writ of Habeas Corpus (Doc. 1) is **DENIED** for failure to exhaust her administrative remedies under Federal Rule of Civil Procedure 41(b); and

3. This matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 22, 2025

/s/ Patrick J. Schiltz
PATRICK J. SCHILTZ
Chief Judge United States District Court